FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
NOV 22 2019
MITCHELL R. ELFERS
CLERK

19cv1097 RB-KRS

Honorable Judge in Distric Court; 11/14/19

I Manuel Phillip Rios, do swear under oath, that the following statements are true about The Curry County Adult Detention Center in Clovis, New Mexico.

The living conditions are extremely terrible and hazardous in Delta Pod (known as the old man's pod).

1.) Heater hasn't worked in weeks. making it very cold for us.

2.) Possible asbestos in air vents making us cough

3.) Black mold caused by leaking toilets in cells 101, 102, 103, 104, 105, and 106.

4.) We haven't been able to have visits for over a month.

The conditions in Delta Pod are causing severe headaches, fatigue, stomache aches, nausia, shortness of breath, pain in lungs, loss of appitite, dizziness, strokes & siezures, heart-attacks.

Various inmates have been sent to the hospital for strokes & heart attacks.

I am asking for relief from your courts to investigate any and all allegations about The Curry County Adult Detention Center in Clovis, New Mexico.

Maybe send an Investigation News Network team to investigate.



I am acting as my own attorney maybe seeking some sort of relief and to open doors for others in this pod and in this whole Jail. Especially for medical expenses if any.

I Manuel Phillip Rios am 50 years old and Cannot afford an attorney and hoping this Can be filed in your court free of charge.

Please look into these alligations and matters at hand for "Inmates Rights Act."

Respectfully Submitted.
Manuel P. Rios

Mailing Address: 1204 Maple St.
Clovis, NM 88101

Manuel Rios
1204 Maple St.
Clovis, NM 88101

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
NOV 22 2019
MITCHELL R. ELFERS
CLERK

U.S. Distric Court,
State of New Mexico,
Office of the Clerk.
Suite 270
333 Lomas Blvd. N.W.
Albq. New Mex. 87102-6517